IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFERY CROCKETT, ) <br> Plaintiff, ) <br> ) <br> v. ) Case No. 10-cv-2333 JTM/KGG <br> ) <br> HEARTLAND HABITAT FOR ) <br> HUMANITY, INC., ) <br> Defendant. ) | |

### Joint Notice of Voluntary Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and defendant give notice that they voluntarily dismiss this case with prejudice.  The parties have settled the case.  Each party will bear its own costs and fees.

Respectfully submitted,

| STINSON MORRISON HECKER LLP | LAW OFFICE OF BENNY J. HARDING |
|---|---|
| By: *s/Christopher J. Leopold* <br> Christopher J. Leopold, KS#19638 <br> 1201 Walnut Street, Suite 2900 <br> Kansas City, MO  64106 <br> (816) 842-8600 <br> (816) 691-3495 (fax) <br> cleopold@stinson.com | By:*s/Benny J. Harding* <br> Benny J. Harding, KS Fed. #70095 <br> 4630 W. 137th St., Suite 100 <br> Leawood, KS  66224 <br> (913) 663-1300 <br> (913) 663-3834 (fax) <br> benny@hardinglawkc.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |

4732074.1